FILED ___ LODGED X
RECEIVED / COPY ___
OCT 2 1 2003
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ Z DEPUTY

FILED ___ LODGED ___
RECEIVED ___ COPY ___
OCT 2 8 2003
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY

JONES, SKELTON & HOCHULI, P.L.C.
ATTORNEYS AT LAW
2901 NORTH CENTRAL AVENUE
SUITE 800
PHOENIX, ARIZONA 85012
TELEPHONE (602) 263-1700

# IN THE UNITED STATES DISTRICT COURT

# IN AND FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jefferson Davis McGee, an individual<br><br>                              Plaintiff,<br>v.<br><br>Maricopa County, et al.<br><br>                              Defendants. | No. CV02-1702-PHX-DGC<br><br>**ORDER FOR DISMISSAL WITH PREJUDICE** |

A Stipulation for Dismissal with prejudice has been filed.

IT IS ORDERED dismissing this case with prejudice, each of the parties to bear their own costs and attorneys' fees incurred herein.

DATED this 27th day of October, 2003.

*David G. Campbell* (signature)
David G. Campbell
United States District Judge

1238197_1