FILED ___ LODGED
RECEIVED ___ COPY

DEC 17 2003

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jefferson Davis McGee, | No. CIV 02-1702 PHX DGC |
| Plaintiff, | |
| v. | **ORDER** |
| Maricopa County, et al., | |
| Defendants. | |

Pending before the Court are a Joint Motion to Reinstate the Case for Purposes of Deposit of Disputed Settlement Proceeds with the Court and Distribution (Doc. #57) and Joint Motion for Order Directing Deposit of Disputed Settlement Proceeds with the Court (Doc. #58). After receiving these Joint Motions, the Court held a telephone conference with the parties during which it raised the question of whether this Court was the appropriate place to resolve these issues. Because Mr. Schmidt has not been a party to this case, merely depositing the settlement funds in Court would not necessarily resolve his claim to the funds. The Court raised the question of whether a state-court interpleader action would be more appropriate.

As the Court recalls, the parties were going to discuss this issue and let the Court know how they wished to proceed. Because the Court has heard nothing further,

**IT IS HEREBY ORDERED** that the Joint Motion to Reinstate the Case for Purposes of Deposit of Disputed Settlement Proceeds with the Court and Distribution (Doc. #57) and

1 | the Joint Motion for Order Directing Deposit of Disputed Settlement Proceeds with the Court
2 | (Doc. #58) are **denied.**
3 |     DATED this 15th day of December, 2003.

_David G. Campbell_
David G. Campbell
United States District Judge